(October 23, 1967)

In the Matter of Alexander Building Corporation et al., Appellants, v. John A. Lombardi et al., Constituting the Town Board of the Town of North Castle, Respondents.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.